








```
KSR    7/2/03    8:40
3:03-CV-01292   GORMAN V. VESSEL PACIFIC
*4*
*DECL.*
```

```
J. PETER OLSON (SBN: 67032)
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys For: Plaintiff
MARGARET GORMAN
```

FILED
03 JUL -1 AM 9:59
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET GORMAN<br><br>    Plaintiff,<br><br>vs.<br><br>VESSEL PACIFIC FUTURE, Official Number 612155, her engines, tackle, furniture, apparel, <u>In Rem</u>, F/V PACIFIC FUTURE, INC. and MICHAEL PETERS, <u>In Personam</u><br><br>    Defendants. | IN ADMIRALTY<br><br>CASE NO. 03 CV 1292 H JAH<br><br>DECLARATION OF MARGARET GORMAN IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING ISSUANCE OF A WARRANT OF ARREST AND FOR ORDER APPOINTING SUBSTITUTE CUSTODIAN |

I, MARGARET GORMAN, declare as follows:

1.  I am Plaintiff in the above entitled action. I am 82 years of age and live in Brandon, Oregon. All of the statements contained herein are made and based upon my personal knowledge and, if I were called as a witness, I could and would testify thereto under oath.

2.  Plaintiff is seeking an immediate issuance of Order for Arrest of the Vessel PACIFIC FUTURE, O.N. 612155 (hereinafter "Vessel") because there is a good probability that the Vessel will be moved from its present location at the Fish Harbor North, Berth 1 by Seaport Village by Defendants F/V Pacific Future, Inc. and Michael Peters (hereinafter "Defendants") to a location unknown to Plaintiff and perhaps to Mexico outside the jurisdiction of this Court. The

-1-
DECLARATION OF MARGARET GORMAN IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING ISSUANCE OF A WARRANT OF ARREST AND FOR ORDER APPOINTING SUBSTITUTE CUSTODIAN

1  Vessel is a Commercial Fishing Vessel, approximately 72' in length and approximately 22' in
2  breadth and easily capable of sailing extensive distances.

3      3.     I hold a duly recorded Preferred Ship Mortgage on the Vessel, securing a written
4  loan agreement between myself and the Defendants whereby I loan to Defendants the sum of
5  $490,000.00 on or about June 19, 2002, which Defendants promised to pay back to me by
6  June 19, 2003 by refinancing my loan on the Vessel. Defendants have not obtained such
7  refinancing nor have they paid me the $490,000.00 together with interest thereon that is now due
8  and owing to me. The Defendants, without my knowledge, moved the Vessel to San Diego,
9  California where I understand that it is temporarily berthed at Fish Harbor North, Berth 1 by
10 Seaport Village. The Defendants are avoiding me because they know that the loan I made to
11 them is now past due. Such debt amount of $490,000.00 represents a substantial portion of my
12 assets. The fact that Defendants have moved the Vessel out of Oregon and now so close to the
13 Mexican border indicates to me that Defendants may very shortly intend to move the Vessel
14 outside the jurisdiction of the United States, especially if they know I have discovered the
15 whereabouts of the Vessel and may be attempting to seize it as I am permitted to do under the
16 Preferred Ship Mortgage on the Vessel in favor of me.

17     4.     As a result of Defendants' default, I am entitled to enforce my preferred ship
18 mortgage by judicial foreclosure of the Vessel through public sale thereof by the proper judicial
19 officer.

20     5.     I have caused to be filed the above Complaint in Rem and in Personam for
21 Foreclosure of its Maritime Lien.

22     15.     I request from the Court an Order authorizing issuance of a Warrant of Arrest and
23 also an Order Appointing South Bay Boat Yard as Substitute Custodian. I agree, in
24 consideration of the Marshal's consent to the substitution of custodian, to release the United
25 States and the Marshall from any and all liability and responsibility arising out of the care and
26 custody of the Vessel, her engines, rigging, tackle, apparel, furniture, equipment and all other
27 necessaries thereunto appertaining and belonging, from the time the Marshal transfers possession
28 ///

-2-

**DECLARATION OF MARGARET GORMAN IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING ISSUANCE OF A WARRANT OF ARREST AND FOR ORDER APPOINTING SUBSTITUTE CUSTODIAN**

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

1  of said Vessel to the substitute custodian, and I further agree to hold harmless and indemnify the
2  United States and the Marshal from any and all claims whatsoever arising out of the substitute
3  custodian's possession and safe keeping.
4      I declare under penalty of perjury under the laws of the State of California and the United
5  States of America that the foregoing is true and correct.
6      Executed this _29_ day of June, 2003, at _Bandon_, Oregon

*Margaret Gorman*
MARGARET GORMAN

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

-3-