















```
KSR    7/2/03    8:42
3:03-CV-01292   GORMAN V. VESSEL PACIFIC
*6*
*M.*
```

```
 1 | J. PETER OLSON (SBN: 67032)
   | GORDON & REES LLP
 2 | 101 West Broadway, Suite 1600
   | San Diego, CA 92101
 3 | Telephone: (619) 696-6700
   | Facsimile: (619) 696-7124
 4 |
   | Attorneys For: Plaintiff
 5 | MARGARET GORMAN
```

FILED

03 JUL -1 AM 9:59

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| MARGARET GORMAN | ) IN ADMIRALTY |
|---|---|
| Plaintiff, | ) CASE NO. '03 CV 1292 H JAH |
| vs. | ) |
| VESSEL PACIFIC FUTURE, Official Number 612155, her engines, tackle, furniture, apparel, In Rem, F/V PACIFIC FUTURE, INC. and MICHAEL PETERS, In Personam, | ) EX PARTE APPLICATION OF PLAINTIFF FOR ORDER AUTHORIZING THE ISSUANCE OF A WARRANT OF ARREST |
| Defendants. | ) Judge: Hon. |
|  | ) Action Filed: July 1, 2003 |

Plaintiff MARGARET GORMAN, by her attorney, respectfully requests the Court to issue an order authorizing the issuance of a Warrant of Arrest for the motor vessel PACIFIC FUTURE, Official Number 612155 ("Vessel") and in support thereof, represents as follows:

1. The within action is an action in rem for foreclosure of preferred ship mortgage.

2. The verified Complaint of MARGARET GORMAN demonstrates that the within action is an action in which the Plaintiff has a preferred ship mortgage upon the Vessel which is in default. Moreover, the verified Complaint and Declaration of Margaret Gorman demonstrate the facts upon which it is clear that an action in rem against the Vessel is proper.

3. As further set forth in the Declaration of Margaret Gorman, there is likelihood the Vessel may be moved by Defendants F/V Pacific Future, Inc. and/or Michael Peters outside the

1

EX PARTE APPLICATION OF PLAINTIFF FOR ORDER AUTHORIZING THE ISSUANCE OF A WARRANT OF ARREST

1 | jurisdiction of this Court.

2 |     4.    The Supplemental Rules of Admiralty and Maritime Claims, as amended,

3 | effective August 1, 1985, require judicial scrutiny of the Complaint to authorize the issuance of a

4 | Warrant of Arrest, as well as provide notice to the Defendants F/V Pacific Future, Inc. and

5 | Michael Peters for an opportunity for prompt post-seizure hearing, if requested by them.

6 |     WHEREFORE, Plaintiff prays that an order be issued authorizing a Warrant for the

7 | Arrest of the Vessel, and providing for a prompt post-seizure hearing, if requested by Defendants

8 | F/V Pacific Future, Inc. and Michael Peters, pursuant to the Supplemental Rules, as amended.

9 | Dated: June 30, 2003

GORDON & REES, LLP

By: _____
Peter Olson, Esq.
Attorneys for Plaintiff
MARGARET GORMAN

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101

PEND\7000852\126093.1