








KSR

3:03-CV-1292 GORMAN V. VESSEL PACIFIC FUTURE

*8*

*O.*

FILED

03 JUL -1 PM 3:12

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY Ridgeway DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET GORMAN,<br><br>                Plaintiff,<br><br>vs.<br><br>VESSEL PACIFIC FUTURE, Official Number 612155, her engines, tackle, furniture, apparel, In Rem, F/V PACIFIC FUTURE, INC. and MICHAEL PETERS, In Personam<br>                Defendants. | IN ADMIRALTY<br>CASE NO. 03 CV 1292 H JAH<br><br>ORDER AUTHORIZING ARREST OF VESSEL PURSUANT TO ADMIRALTY RULE C |

The Court, having reviewed the verified Complaint of MARGARET GORMAN, Plaintiff herein, and upon application of Plaintiff for order authorizing a warrant of arrest, and finding that the conditions for an action in rem appear to exist, it is

ORDERED that a warrant of arrest of the vessel F/V PACIFIC FUTURE (hereinafter "Vessel"), Official No. 612155, is authorized, and it is

FURTHER ORDERED that the Clerk of the District Court shall prepare a Warrant for Arrest In Action In Rem for the Vessel and shall deliver it to the United States Marshal for the Southern District of California for service and arrest, and providing for eviction and removal from the Vessel by the U.S. Marshal of any liveaboards, together with such liveaboard's personal

1

ORDER AUTHORIZING ARREST OF VESSEL PURSUANT TO ADMIRALTY RULE C

1 | possessions and clothing; and it is

2 |     FURTHER ORDERED that any person claiming to be entitled to possession of the

3 | Vessel or claiming any interest in the Vessel shall be entitled to a prompt hearing on request at

4 | which Plaintiff shall be required to show why the arrest should not be vacated or other relief

5 | granted consistent with the supplemental rules for certain admiralty and maritime claims.

6 | Dated: ~~June~~ July 1, 2003

7

8 |                                 Marilyn L. Huff
                         UNITED STATES ~~MAGISTRATE~~ JUDGE

9

10 | Presented by:

11 | GORDON & REES, LLP

12

13 | By: _____
14 |    J. Peter Olson, Esq.
15 | Attorneys for Plaintiff
   MARGARET GORMAN

16

17

18

19

20

21

22

23

24

25

26

27

28

```
                    FILED
      JUL 2 0 ...  03 JUL -1 PM 3:12

                CLERK, U.S. DISTRICT COURT
                SOUTHERN DISTRICT OF CALIFORNIA

                BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET GORMAN<br><br>Plaintiff,<br><br>vs.<br><br>VESSEL PACIFIC FUTURE, Official Number 612155, her engines, tackle, furniture, apparel, <u>In Rem</u>, F/V PACIFIC FUTURE, INC. and MICHAEL PETERS, <u>In Personam</u><br>Defendants. | IN ADMIRALTY<br>CASE NO. 03 CV 1292 H JAH<br><br>**ORDER AUTHORIZING ARREST OF VESSEL PURSUANT TO ADMIRALTY RULE C** |

The Court, having reviewed the verified Complaint of MARGARET GORMAN, Plaintiff herein, and upon application of Plaintiff for order authorizing a warrant of arrest, and finding that the conditions for an action <u>in rem</u> appear to exist, it is

ORDERED that a warrant of arrest of the vessel F/V PACIFIC FUTURE (hereinafter "Vessel"), Official No. 612155, is authorized, and it is

FURTHER ORDERED that the Clerk of the District Court shall prepare a Warrant for Arrest In Action In Rem for the Vessel and shall deliver it to the United States Marshal for the Southern District of California for service and arrest, and providing for eviction and removal from the Vessel by the U.S. Marshal of any liveaboards, together with such liveaboard's personal

---
ORDER AUTHORIZING ARREST OF VESSEL PURSUANT TO ADMIRALTY RULE C

1 | possessions and clothing; and it is

2 | FURTHER ORDERED that any person claiming to be entitled to possession of the

3 | Vessel or claiming any interest in the Vessel shall be entitled to a prompt hearing on request at

4 | which Plaintiff shall be required to show why the arrest should not be vacated or other relief

5 | granted consistent with the supplemental rules for certain admiralty and maritime claims.

6 | Dated: July 1, 2003

_____
UNITED STATES MAGISTRATE/JUDGE

Presented by:

GORDON & REES, LLP

By: _____
J. Peter Olson, Esq.
Attorneys for Plaintiff
MARGARET GORMAN